

**CALDWELL COUNTY DISTRICT CLERK**
**CALDWELL CO. JUSTICE CENTER**
Tina Morgan Freeman, District Clerk
22nd, 207th, 421st District Courts

1703 S. Colorado St., Box 3 * Lockhart, Tx 78644 * 512-398-1806 * Fax 512-398-1805

November 19, 2015

Court of Appeals
THIRD DISTRICT OF TEXAS
P.O. BOX 12547
AUSTIN, TEXAS 78711-2547
*Delivered via e-mail*

**RE: Court of Appeals Number: 03-15-00709-CV**
**Trial Court Case Number: 15-D-115**

Style:  Marcia E. Alvarez v. Victor M. Alvarez

My office has not received a designation of record nor payment for the record.  Appellant's attorney has been contacted. The record has been prepared and will be sent upon receipt of payment.

Respectfully yours,

Tina Morgan Freeman
District Clerk

cc: Mr. Elias Lorenzana
    Mr. Cliff McCormack